Robert David RILEY, Respondent,

v.

Tracy Lynn RILEY, Appellant.

No. WD 61932.

Missouri Court of Appeals, Western District.

July 29, 2003.

James R. Wyrsch, KC, MO, for appellant.

Barbara L. Teeple, Tipton, MO, for respondent.

Before: HARDWICK, P.J., BRECKENRIDGE and NEWTON, JJ.

## ORDER

PER CURIAM.

Tracy Riley appeals the marital dissolution judgment awarding Robert Riley primary physical custody of their two children. For reasons stated in the Memorandum provided to the parties, we affirm the trial court's judgment. Rule 84.16(b).